**STATE of Missouri, Respondent,**

v.

**Henry LOFTIS, Appellant.**

**No. WD 53103.**

Missouri Court of Appeals, Western District.

Sept. 23, 1997.

Rosemary E. Percival, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and BRECKENRIDGE and HANNA, JJ.

## *ORDER*

PER CURIAM:

Henry Loftis appeals from his convictions for first-degree pharmacy robbery, § 569.025, RSMo 1994, first-degree burglary, § 569.160, RSMo 1994, attempted first-degree robbery, §§ 564.011 and 569.020, RSMo 1994, and two counts of armed criminal action, § 571.015, RSMo 1994. The trial court sentenced Mr. Loftis, as a prior and persistent offender, to a total prison term of sixty years. On appeal, Mr. Loftis contends that the trial court erred by: (1) admitting exhibits for which the State did not lay a proper foundation; and (2) overruling his objection to the State's closing argument because the State made an improper reference to his

**736**

failure to testify. Mr. Loftis also contends that the trial court plainly erred by allowing hearsay testimony.

The judgment of the trial court is affirmed. Rule 30.25(b).